UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CRISTINA M. LANCRANJAN,

Plaintiff,

v.

PETER SAATJIAN, Esq., et al.,

Defendants.

**Case No. 26-cv-0817-BAS-VET**

**SUPPLEMENTAL DECLARATION OF CRISTINA M. LANCRANJAN IN SUPPORT OF MOTION FOR ALTERNATIVE SERVICE AND TIME EXTENSION**

I, Cristina M. Lancranjan, declare and state as follows:

1. I am the Plaintiff Pro Se in this action. I have personal knowledge of the facts stated herein and, if called upon to testify, could and would competently testify thereto.

2. I submit this supplemental declaration to apprise the Court of ongoing, active service evasion and written refusals to cooperate by Defendants Peter Saatjian and David Schulman following my previous filings.

3. Regarding Defendant Peter Saatjian: On July 28, 2026, professional process servers from First Legal made additional unsuccessful personal service attempts at his professional office (1450 Frazee Road) and residential gate (3887 Pell Place), where the process server noted the subject appeared to monitor via video call box and intentionally refused to respond or grant gate access. Concurrently, on July 28, 2026, I emailed formal requests for a Waiver of Service under FRCP 4(d) to Mr. Saatjian and his firm's managing partner, attaching the summons and complaint and the Exhibits. Mr. Saatjian responded via email today July 29 2026 explicitly stating:

"I do not waive formal service of process, and I am not authorized to accept service by email. We have no agreement for service by email... Your request for a waiver is invalid. Do not contact me at this email address again."

A true and correct copy of Mr. Saatjian's refusal email is attached hereto as **Exhibit A**.

4. Regarding Defendant David Schulman: On July 28, 2026, process servers attempted personal service at his office (12220 El Camino Real), where staff again blocked access, claiming he was locked in continuous meetings without an available return time. On July 28, 2026, I emailed Mr. Schulman directly with a formal Request for Waiver of Service pursuant to FRCP 4(d), attaching the summons, complaint, and master exhibit index. As of the date of this filing, Mr. Schulman has completely failed and refused to respond or execute the waiver, and active process service and surveillance efforts remain ongoing. True and correct copies of my July 28 waiver emails to Mr. Schulman are attached hereto as **Exhibit B**.

5. The combined written refusal of Peter Saatjian, the total unresponsiveness of David Schulman, and the persistent physical evasion documented in the process server logs (First Legal Affidavits of Due Diligence, attached hereto as **Exhibit C**) demonstrate that standard personal service is impracticable and being actively obstructed.

6. Accordingly, I respectfully request that the Court grant my motion for alternative service methods (such as service via certified mail, email, and

office substituted service) and extend the service window so these defendants may be properly brought before this tribunal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 29, 2026, at San Diego, California.

/s/ Cristina M. Lancranjan

Cristina M. Lancranjan, Plaintiff Pro Se

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| **CRISTINA M. LANCRANJAN,** | **Case No.: 26-cv-0817-BAS-VET** |
| *Plaintiff,* | |
| v. | |
| **PETER SAATJIAN, Esq., et al.,** | **EXHIBIT A** |
| *Defendants.* | |

## DESCRIPTION:

**Email Correspondence from Defendant Peter Saatjian Refusing Waiver of Service** *(Dated July 29, 2026)*

*(Attached hereto is the written response from Defendant Peter Saatjian explicitly refusing to waive formal service of process pursuant to FRCP 4).*

# EXHIBIT B

**From:** Peter Saatjian peter@garwoodfamilylaw.com
**Subject:** RE: FOLLOW-UP: Attachment of Pleadings — Lancranjan v. Saatjian et al., Case No. 26-cv-02817-BAS-VET (U.S.D.C. Southern District)
**Date:** July 29, 2026 at 8:11 AM
**To:** Cristina Lancranjan lancranjan.cristina@gmail.com

I do not waive formal service of process, and I am not authorized to accept service by email. We have no agreement for service by email. Any service on me must comply with Federal Rule of Civil Procedure 4. Your request for a waiver is invalid. Do not contact me at this email address again.



## Peter Saatjian, Esq. | *Associate Attorney*
### P (619) 692-8100 | F (619) 692-1050

1450 Frazee Road, Suite 711 | San Diego, CA 92108
www.GarwoodFamilyLaw.com

**From:** Cristina Lancranjan <lancranjan.cristina@gmail.com>
**Sent:** Tuesday, July 28, 2026 6:00 PM
**To:** Peter Saatjian <peter@garwoodfamilylaw.com>
**Subject:** Re: FOLLOW-UP: Attachment of Pleadings — Lancranjan v. Saatjian et al., Case No. 26-cv-02817-BAS-VET (U.S.D.C. Southern District)

Attachment available until Aug 27, 2026

Dear Mr Saatjian,
Following my previous communication regarding the waiver of service in the above-referenced matter, please find attached copies of the **Index of Exhibits** filed in the United States District Court for the Southern District of California, Case No. 26-cv-02817-BAS-VET.
As previously noted, pursuant to Federal Rule of Civil Procedure 4(d), I invite you to execute and return a Waiver of Service of Summons (AO 399) to streamline these proceedings and avoid unnecessary personal service costs.
Please confirm receipt of these documents and let me know if you will be returning the executed waiver.
Respectfully,
Cristina M. Lancranjan
Plaintiff Pro Se

Click to Download
INDEX OF EXHIBITS IN SUPPORT OF VERIFIED COMPLAINT and Exhibits 1-20 cover page .pdf
36.1 MB

On Jul 28, 2026, at 5:56 PM, Cristina Lancranjan <lancranjan.cristina@gmail.com> wrote:

**Subject:** FOLLOW-UP: Attachment of Pleadings — Lancranjan v. Saatjian et al., Case No. 26-cv-02817-BAS-VET (U.S.D.C. Southern District)

Dear Mr. Saatjian,

Following my previous communication regarding the waiver of service in the above-referenced matter, please find attached copies of the **Summons in a Civil Action**, the **First Amended Verified Complaint for Damages and Injunctive Relief**, and the **Index of Exhibits (which I will send in another email due to size restriction)** filed in the United States District Court for the Southern District of California, Case No. 26-cv-02817-BAS-VET.

As previously noted, pursuant to Federal Rule of Civil Procedure 4(d), I invite you to execute and return a Waiver of Service of Summons (AO 399) to streamline these proceedings and avoid unnecessary personal service costs.

Please confirm receipt of these documents and let me know if you will be returning the executed waiver.

Respectfully,

Cristina M. Lancranjan
Plaintiff Pro Se

Click to Download

Summons for FAC 07-24-26.pdf
471 KB

Click to Download

FAC part 1 efiled .pdf
32.8 MB

Click to Download

FAC part2.pdf
35 MB

Begin forwarded message:

**From:** Cristina Lancranjan <lancranjan.cristina@gmail.com>
**Subject: Service of Process: Lancranjan v. SAATJIAN et al. (Case No. 26-cv-02817-BAS-VET)**
**Date:** July 28, 2026 at 1:29:37 PM PDT
**To:** peter@garwoodfamilylaw.com

Mr. Saatjian,

First Legal attempted personal service at your Frazee Road office on July 28, 2026, but staff indicated you work remotely and declined to coordinate a time. In an effort to ensure proper and efficient service of the summons and complaint in Case No. 26-cv-02817-BAS-VET, please advise what date, time, and location this week you will be available to accept personal service, or whether you will execute a Waiver of Service.

Best regards,

Cristina M. Lancranjan
Plaintiff, Pro Se

**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CRISTINA M. LANCRANJAN,** | **Case No.: 26-cv-0817-BAS-VET** |
| *Plaintiff,* | |
| v. | |
| **PETER SAATJIAN, Esq., et al.,** | **EXHIBIT B** |
| *Defendants.* | |

# DESCRIPTION:

**Email Communications Requesting Waiver of Service from Defendant David Schulman**
*(Dated July 28, 2026)*

*(Attached hereto are copies of the formal requests for waiver of service sent to Defendant David Schulman and his counsel pursuant to FRCP 4(d)).*

**From:** Cristina Lancranjan lancranjan.cristina@gmail.com
**Subject:** FOLLOW-UP: Access to Master Exhibits – Lancranjan v. Saatjian et al., Case No. 26-cv-0817-BAS-VET
**Date:** July 28, 2026 at 4:17 PM
**To:** dschulman@msmfamilylaw.com



**Subject:** FOLLOW-UP: Access to Master Exhibits – *Lancranjan v. Saatjian et al.*, Case No. 26-cv-0817-BAS-VET

Dear Mr. Schulman,

Following up on my previous communication containing the Summons and Verified Complaint, please find attached the Index of exhibits below to access the complete master exhibits referenced in the pleadings:

Due to file size restrictions, the exhibits have been made available via this email for your review in connection with the ongoing service and waiver request.

Sincerely,

Cristina M. Lancranjan

Plaintiff Pro Se



INDEX OF
EXHIBI...ge .pdf

On Jul 28, 2026, at 3:58 PM, Cristina Lancranjan <lancranjan.cristina@gmail.com> wrote:

Dear Mr. Schulman,

Please be advised that today, July 28, 2026, marked the third unsuccessful attempt by a professional process server from First Legal to effect personal service of process upon you at your office located at 12220 El Camino Real, Suite 300, San Diego, CA 92101, with office staff repeatedly reporting that you are unavailable.

Rather than continuing repeated process server attempts at your workplace, I am writing to provide you with the opportunity to streamline these proceedings pursuant to Federal Rule of Civil Procedure 4(d).

Attached to this email are copies of the Sumnos in a Civil Action, the First Amended Verified Complaint for Damages and Injunctive Relief, and the Index of Exhibits filed in the United States District Court for the Southern District of California, Case No. 26-cv-02817-BAS-VET.

Pursuant to Fed. R. Civ. P. 4(d), I request that you formally execute and return a Waiver of Service of Summons (AO 399). Please let me know by July 31, 2026, whether you will accept service via waiver and execute the form, or if you prefer that I instruct the process server to wait on-site for personal service to be completed.

Please note that under Federal Rule of Civil Procedure 4(d)(2), failure to waive service without good cause can result in the court ordering you to pay the full costs incurred in effecting service.

I look forward to your prompt response.

Respectfully,

Cristina M. Lancranjan Plaintiff Pro Se 1011 Union Street, Apt. 1205 San Diego, CA 92101 Telephone: (860) 460-1865 Email: lancranjan.cristina@gmail.com

**Click to Download**
Summons for FAC 07-24-26.pdf

471 KB

**Click to Download**
FAC part 1 efiled .pdf
32.8 MB

**Click to Download**
FAC part2.pdf
35 MB

# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CRISTINA M. LANCRANJAN,** | **Case No.: 26-cv-0817-BAS-VET** |
| *Plaintiff,* | |
| v. | |
| **PETER SAATJIAN, Esq., et al.,** | **EXHIBIT C** |
| *Defendants.* | |

## DESCRIPTION:

**First Legal Process Server Affidavits of Due Diligence and Service Attempt Logs** *(July 28, 2026)*

*(Attached hereto are the official execution logs, attempt details, and affidavits of due diligence documenting professional process service attempts and active evasion regarding Defendants Peter Saatjian and David Schulman).*

**From:** **Jacob Gardner** notifications@mail.servemanager.com
**Subject:** [ServeManager] 2 Jobs Updated
**Date:** July 28, 2026 at 6:11 PM
**To:** Cristina Lancranjan lancranjan.cristina@gmail.com



## Attempted Serve

Jacob Gardner shared a service notification with you:

### Details

**2 jobs affected**

**Process Server:** Jacob Gardner 3173, San Diego County

**Date & Time:** Jul 28, 2026, 6:09 pm PDT

**Service Type:** Unsuccessful Attempt

**Description of Service:**

The address is a large gated apartment building.
The gate was locked. But I located a call box. There is a listing for the subject. I pressed it multiple times and it would ring for a minute or so and then end and received no response. But the call box looks like it's a video, so I'm assuming that the subject can see me while I'm pressing it and judging by how evasive they were the other day. I seriously doubt they would let me onto the property to serve them.

### Service Address

3887 Pell Place Unit 108, San Diego, CA 92130

### GPS Data

**Mobile Device:** ServeManagerMobile/1.21.0 (176) (SM-S731U/Galaxy S25 FE; Android/16)

**GPS Coordinates:** 32.9495417, -117.230737

**GPS Timestamp:** 1785287346051

---

## Jobs

**Job:** 16466203

**Priority: Routine**

**Job Type:** Standard

**Client Job:** 15273342

**Recipient:** PETER SAATJIAN, Esq.

**Case:** 26-cv-02817-BAS-VET

**Plaintiff:** CRISTINA M. LANCRANJAN

**Defendant:** PETER SAATJIAN, Esq., et al.

**Court:** United States District Court - Southern District of California

**County:** San Diego

**Documents:** Summons in a Civil Action, First Amended Verified Complaint for Damages and Injunctive Relief, Index of Exhibits

---

**Job:** 16466201

**Priority: Routine**

**Job Type:** Standard

**Client Job:** 15273340

**Recipient:** PS LAW APC

**Case:** 26-cv-02817-BAS-VET

**Plaintiff:** CRISTINA M. LANCRANJAN

**Defendant:** PETER SAATJIAN, Esq., et al.

**Court:** United States District Court - Southern District of California

**County:** San Diego

**Documents:** Summons in a Civil Action, First Amended Verified Complaint for Damages and Injunctive Relief, Index of Exhibits

---

**Attempt Uploads**

- [Mobile Attempt Photo 1](Mobile%20Attempt%20Photo%201)

---

**Shared with you by:**

Jacob Gardner
First Legal
3187gardner@firstlegalsupport.com
San Diego

**From:** **Michael Franco** notifications@mail.servemanager.com
**Subject:** [ServeManager] 2 Jobs Updated
**Date:** July 28, 2026 at 1:06 PM
**To:** Cristina Lancranjan lancranjan.cristina@gmail.com



## Attempted Serve

Michael Franco shared a service notification with you:

### Details

**2 jobs affected**

**Process Server:** Michael Franco 3856, San Diego County

**Date & Time:** Jul 28, 2026, 12:53 pm PDT

**Service Type:** Unsuccessful Attempt

**Description of Service:**

Spoke with "Jane Doe" (female, Caucasian, blond hair, 5'6, 120 pounds, Late 20's, Receptionist) and was advised Peter isn't in at this time and usually isn't due to working remote. I was advised that the only time he comes in is when meeting with clients. I attempted to set up a meeting time and date so service could be completed, but they advised me they weren't able to assist with that. I am unable to serve documents due to subject not being in.

### Service Address

1450 Frazee Road, Ste. 711, San Diego, CA 92108

### GPS Data

**Mobile Device:** ServeManagerMobile/1.21.0 (176) (SM-A526U/Galaxy A52 5G; Android/14)

**GPS Coordinates:** 32.7726219, -117.1586427

**GPS Timestamp:** 1785269006934

---

## Jobs

**Job:** 16453969

**Priority: Routine**

**Job Type:** Standard

**Client Job:** 15273227

**Recipient:** PETER SAATJIAN, Esq.

**Case:** 26-cv-02817-BAS-VET

**Plaintiff:** CRISTINA M. LANCRANJAN

**Defendant:** PETER SAATJIAN, Esq., et al.

**Court:** United States District Court - Southern District of California

**County:** San Diego

**Documents:** Summons in a Civil Action, First Amended Verified Complaint for Damages and Injunctive Relief, Index of Exhibits

---

**Job:** 16453962

**Priority: Routine**

**Job Type:** Standard

**Client Job:** 15273225

**Recipient:** PS LAW APC

**Case:** 26-cv-02817-BAS-VET

**Plaintiff:** CRISTINA M. LANCRANJAN

**Defendant:** PETER SAATJIAN, Esq., et al.

**Court:** United States District Court - Southern District of California

**County:** San Diego

**Documents:** Summons in a Civil Action, First Amended Verified Complaint for Damages and Injunctive Relief, Index of Exhibits

---

**Attempt Uploads**

- [Mobile Attempt Photo 4](#)
- [Mobile Attempt Photo 3](#)
- [Mobile Attempt Photo 2](#)
- [Mobile Attempt Photo 1](#)

---

**Shared with you by:**

Michael Franco
First Legal
franco3106@firstlegal.com
San Diego County

## Attempted Serve

Jacob Gardner shared a service notification with you:

### Details

**Process Server:** Jacob Gardner 3173, San Diego County

**Date & Time:** Jul 28, 2026, 2:48 pm PDT

**Service Type:** Unsuccessful Attempt

**Description of Service:**

I spoke to the front desk, and unfortunately the subject was in a meeting and unavailable. The receptionist was unsure of how long the meeting would take. I asked for a better time or day when the subject was less likely to be busy. And he said, it all depends on the day

### Service Address

12220 El Camino Real, Suite 300, San Diego, CA 92101

### GPS Data

**Mobile Device:** ServeManagerMobile/1.21.0 (176) (SM-S731U/Galaxy S25 FE; Android/16)

**GPS Coordinates:** 32.9371067, -117.2398967

**GPS Timestamp:** 1785275299100

## Job & Case

**Job:** 16476402

**Priority: Routine**

**Job Type:** Standard

**Client Job:** 15273189

**Recipient:** DAVID SCHULMAN, an individual

**Case:** 26-cv-02817-BAS-VET

**Plaintiff:** CRISTINA M. LANCRANJAN

**Defendant:** PETER SAATJIAN, Esq., et al.

**Court:** United States District Court - Southern District of California

**County:** San Diego

**Documents:** Summons in a Civil Action, First Amended Verified Complaint for Damages and Injunctive Relief, Index of Exhibits

### Shared with you by:

Jacob Gardner
First Legal
3187gardner@firstlegalsupport.com
San Diego